**No. 44145.**—Protests 737849–G, etc., of O. G. Hempstead & Son (Philadelphia).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44146.**—Protests 781348–G, etc., of Butler Bros. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44147.**—Protests 805527–G/84927, etc., of Fair et al. (Chicago).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44148.**—Protests 839695–G, etc., of F. W. Woolworth Co. (Boston).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44149.**—Protests 852497–G, etc., of Butler Bros. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 44150.**—Protests 907232–G, etc., of Taiyo Trading Co., Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.